IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRYL VON YOUNG,
    Petitioner,

vs.                                          Case No.: 3:06cv98/RV/EMT

WALTER A. McNEIL,
    Respondent.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 24, 2009 (Doc. 19).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

**DONE AND ORDERED** this 26th  day of March, 2009.

                        /s/ _Roger Vinson_
                        **ROGER VINSON**
                        **SENIOR UNITED STATES DISTRICT JUDGE**